**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OMAR AHMAD BILAL,<br><br>        Petitioner,<br><br>   v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, et al.,<br><br>        Respondent.<br>_____ | NO. SA CV 11-849-SJO(E)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein on Petitioner and counsel for Respondents.
4
5    LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7         DATED:  October 29, 2011.
8
9                           *S. James Otero*
10                    _____
                              S. JAMES OTERO
11                       UNITED STATES DISTRICT JUDGE