**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| OMAR AHMAD BILAL, | ) | NO. SA CV 11-849-SJO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DEPARTMENT OF HOMELAND SECURITY, et al., | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 29, 2011.

/s/ S. James Otero
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE